IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY CROWLEY,

    Plaintiff,

v.

STUN-TECH, INC., et al.

    Defendants.

ORDER

Case No.  15-cv-6-wmc

In response to this court's January 7, 2015 order, plaintiff Timothy Crowley has submitted a resident account statement for the six-month period preceding his complaint. After considering the resident account statement, the court concludes that plaintiff qualifies for indigent status.

Using information for the relevant time period from plaintiff's resident account statement, I calculate plaintiff's initial partial filing fee to be $12.62.  For this case to proceed, plaintiff must submit this amount on or before February 13, 2015.

ORDER

IT IS ORDERED that:

1.    Plaintiff is assessed $12.62 as an initial partial payment of the $350 fee for filing this case as an indigent litigant.  Plaintiff shall submit a check or money order made payable to the "Clerk of Court" in the amount of $12.62 on or before February 13, 2015. If plaintiff fails to comply as directed or show cause of failure to do so, the court will

assume that plaintiff does not wish to proceed and this case will be dismissed without further notice.

    2.    No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 23rd day of January, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge