IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY CROWLEY,

            Plaintiff,

v.

STUN-TECH INC., KARBON ARMS, STINGER SYSTEMS, INC. ELECTRONIC DEFENSE TECHNOLOGIES LLC and R.A.C.C. INDUSTRIES INC.,

            Defendants.

ORDER

15-cv-006-wmc

      In this civil action, *pro se* plaintiff Timothy Crowley alleges that a Remote Electronically Activated Control Technology Belt ("REACT Shock Belt") shocked and severely injured him after activating on its own accord. Crowley filed a motion for assistance in recruiting counsel after the court gave him an opportunity to file an amended complaint containing factual allegations to establish subject matter jurisdiction. In response to the court's denial of that motion, Crowley filed several attorney rejection letters to show his good faith effort to retain his own counsel.

      The court then screened his complaint under the *in forma pauperis* statute, 28 U.S.C. § 1915, finding that Crowley may proceed on his products liability claims and ordering the U.S. Marshals Service to serve defendants. The Marshals discovered that all five defendants are out of business and returned summons unexecuted but identified another company that appears to be an active seller or manufacturer of a product similar to the REACT Shock Belt. The court then gave Crowley another opportunity to amend

his complaint to substitute the active company identified by the Marshals, or any other active company, as the named defendant in this case. In response, Crowley again moved for assistance in recruiting volunteer counsel, identifying some of the same difficulties he addressed in his first motion, including mental, hearing and vision defects, and also his lack of access to legal resources at the Mendota Mental Health Institution, where he is currently being held. Although stubbornness may explain Crowley's insistence on moving for assistance in recruiting counsel rather than following the court's directions to cure the defects in his complaint, in light of the concerns that his impairments may prejudice his ability to pursue a meritorious claim, the court will grant Crowley's motion for assistance in locating volunteer counsel for the limited purpose of helping Crowley draft a proposed amended complaint.

## ORDER

IT IS ORDERED that plaintiff Timothy Crowley's motion for assistance in recruiting volunteer counsel (dkt. #22) is GRANTED. The court will enter a separate order once a volunteer has been recruited.

Entered this 11th day of May, 2016.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge