IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY CROWLEY,

              Plaintiff,

v.

STUN-TECH INC., *et al.*,

              Defendants.

ORDER

15-cv-6-wmc

---

Plaintiff Timothy Crowley filed this civil action alleging that a Remote Electronically Activated Control Technology Belt ("REACT Shock Belt") shocked and severely injured him after activating on its own accord. At plaintiff's request, the court has recruited counsel Tim Casper of the law firm of Murphy Desmond for the limited purpose of assisting plaintiff with drafting an amended complaint which clarifies his claims. *See* 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel."); *Pruitt v. Mote*, 503 F.3d 647, 653-54 (7th Cir. 2007) (en banc) (noting that § 1915(e)(1) confers, at most, discretion "to recruit a lawyer to represent an indigent civil litigant *pro bono publico*"). Accordingly, the court will enter her appearance as plaintiff's *pro bono* counsel for the record.

Entered this 22nd day of June, 2016.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge