IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY CROWLEY,

    Plaintiff,

v.

STUN-TECH INC., KARBON ARMS, STINGER SYSTEMS, INC., ELECTRONIC DEFENSE TECHNOLOGIES LLC, and R.A.C.C. INDUSTRIES INC.,

    Defendants.

ORDER

Case No. 15-cv-006-wmc

---

The court having provided plaintiff Timothy Crowley until December 20, 2017, to show cause why this case should not be dismissed and having heard nothing, IT IS HEREBY ORDERED that the above case is DISMISSED without prejudice. The clerk of court is directed to enter judgment and close this case.

Entered this ___ day of January, 2018.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge