IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY CROWLEY,

    Plaintiff,

v.

STUN-TECH INC., KARBON ARMS,
STINGER SYSTEMS, INC., ELECTRONIC
DEFENSE TECHNOLOGIES LLC, and
R.A.C.C. INDUSTRIES INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

15-cv-006-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice

/s/                                                                  1/9/2018

Peter Oppeneer, Clerk of Court                      Date